## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SELENIOUS ACID LITIGATION | C.A. No. 2:24-cv-7791 (BRM) (CLW) (consolidated) |
| AMERICAN REGENT, INC.,<br><br>*Plaintiff*,<br>v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>*Defendant*. | C.A. No. 2:24-cv-11108 (BRM) (CLW) |
| AMERICAN REGENT, INC.,<br><br>*Plaintiff*,<br>v.<br><br>ASPIRO PHARMA LTD.,<br><br>*Defendant*. | C.A. No. 2:24-cv-11109 (BRM) (CLW) |
| AMERICAN REGENT, INC.,<br><br>*Plaintiff*,<br>v.<br><br>CIPLA USA, INC. and CIPLA LIMITED,<br><br>*Defendants*. | C.A. No. 2:24-cv-11112 (BRM) (CLW) |
| AMERICAN REGENT, INC.,<br><br>*Plaintiff*,<br>v. | C.A. No. 2:24-cv-11114 (BRM) (CLW) |

DR. REDDY'S LABORATORIES, INC. and
DR. REDDY'S LABORATORIES, LTD.,

              *Defendants.*

---

AMERICAN REGENT, INC.,

              Plaintiff,

v.

GLAND PHARMA LTD.,

              *Defendant.*

C.A. No. 2:24-cv-11116 (BRM) (CLW)

---

AMERICAN REGENT, INC.,

              Plaintiff,

v.

HIKMA PHARMACEUTICALS USA INC.,

              *Defendant.*

C.A. No. 2:24-cv-11118 (BRM) (CLW)

---

AMERICAN REGENT, INC.,

              *Plaintiff*,

v.

RK PHARMA, INC.,

              *Defendant.*

C.A. No. 2:24-cv-11122 (BRM) (CLW)

---

AMERICAN REGENT, INC.,

              *Plaintiff*,

v.

SOMERSET THERAPEUTICS, LLC,
SOMERSET PHARMA, LLC and ODIN
PHARMACEUTICALS, LLC,

C.A. No. 2:24-cv-11124 (BRM) (CLW)

| | |
|---|---|
| *Defendants*. | |
| AMERICAN REGENT, INC., | C.A. No. 2:24-cv-11138 (BRM)(CLW) |
| *Plaintiff*, <br> v. | |
| SOMERSET THERAPEUTICS, LLC, SOMERSET PHARMA, LLC and ODIN PHARMACEUTICALS, LLC, | |
| *Defendants*. | |
| AMERICAN REGENT, INC., | C.A. No. 2:24-cv-11126 (BRM) (CLW) |
| Plaintiff, <br> v. | |
| SUN PHARMACEUTICAL INDUSTRIES LIMITED and SUN PHARMACEUTICAL INDUSTRIES, INC., | |
| *Defendants*. | |
| AMERICAN REGENT, INC., | C.A. No. 2:24-cv-11130 (BRM) (CLW) |
| Plaintiff, <br> v. | |
| XIROMED, LLC and XIROMED PHARMA ESPAÑA, S.L., | |
| *Defendants*. | |
| AMERICAN REGENT, INC., | C.A. No. 2:24-cv-11133 (BRM) (CLW) |
| *Plaintiff*, <br> v. | |
| ZYDUS PHARMACEUTICALS (USA) INC., | |

*Defendant.*

## **STIPULATION AND ORDER OF CONSOLIDATION**

**WHEREAS,** the matter captioned In re Selenious Acid Litigation, Civil Action No. 2:24-cv-7791(BRM)(CLW) (Consolidated) is currently pending; and

**WHEREAS**, on December 13, 2024, Plaintiff American Regent, Inc. ("ARI") initiated Civil Action No. 2:24-cv-11108 (BRM) (CLW) ("24-11108") against Defendant Accord Healthcare, Inc.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11109 (BRM) (CLW) ("24-11109") against Defendant Aspiro Pharma Ltd.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11112 (BRM) (CLW) ("24-11112") against Defendants Cipla USA, Inc. and Cipla Limited; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11114 (BRM) (CLW) ("24-11114") against Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11116 (BRM) (CLW) ("24-11116") against Defendant Gland Pharma Ltd.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11118 (BRM) (CLW) ("24-11118") against Defendant Hikma Pharmaceuticals USA Inc.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11122 (BRM) (CLW) ("24-11122") against Defendant RK Pharma, Inc.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11124 (BRM) (CLW) ("24-11124") against Defendants Somerset Therapeutics, LLC, Somerset Pharma,

LLC, and Odin Pharmaceuticals, LLC; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11138 (BRM) (CLW) ("24-11138") against Defendants Somerset Therapeutics, LLC, Somerset Pharma, LLC, and Odin Pharmaceuticals, LLC; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11126 (BRM) (CLW) ("24-11126") against Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11130 (BRM) (CLW) ("24-11130") against Defendants Xiromed, LLC and Xiromed Pharma España, S.L.; and

**WHEREAS**, on December 13, 2024, ARI initiated Civil Action No. 2:24-cv-11133 (BRM) (CLW) ("24-11133") against Defendant Zydus Pharmaceuticals (USA) Inc.; and

**WHEREAS**, good cause exists to consolidate these actions; and

**WHEREFORE**, all parties, through their attorneys, respectfully request that this Court consolidate Civil Action Nos. 24-7791, 24-11108, 24-11109, 24-11112, 24-11114, 24-11116, 24-11118, 24-11122, 24-11124, 24-11138, 24-11126, 24-11130, and 24-11133 and that all papers be filed and maintained in Civil Action No. 24-7791.

**WHEREFORE**, all filings in the Consolidated Action shall continue use the following caption going forward:

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ———————————————— x | |
| | : |
| | : |
| | :   Honorable Brian R. Martinotti, U.S.D.J. |
| IN RE SELENIOUS ACID LITIGATION | : |
| | :   Civil Action No. 24 CV 7791 (BRM) (CLW) |
| | :   consolidated |
| | : |
| | : |
| | : |
| | : |
| ———————————————— x | |

Dated: January 2, 2025

**SO STIPULATED:**

  s/ Charles H. Chevalier

Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevailer@gibbonslaw.com

Christine A. Gaddis
GIBBONS P.C.
141 West Front Street, Suite 240
Red Bank, New Jersey 07701
(732) 704-5801
cgaddis@gibbonslaw.com


OF COUNSEL

Dennies Varughese, Pharm. D.
Uma N. Everett
Adam C. LaRock
Christina E. Dashe
Alexander Alfano
Ryan E. Conkin
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC 20005

  s/ Kristen Healey Cramer

Kristen Healey Cramer (No. 044752003)
Noelle B. Torrice (No. 079132013)
**BENESCH FRIEDLANDER**
**COPLAN & ARONOFF LLP**
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: 302.442.7010
Facsimile: 302.442.7012
Email: kcramer@beneschlaw.com
Email: ntorrice@beneschlaw.com


OF COUNSEL

Michael S. Weinstein
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: (216) 363-6228
Email: mweinstein@beneschlaw.com


Manish K. Mehta
Samuel J. Ruggio
71 South Wacker, Suite 1600
Chicago, Illinois 60606
Telephone: 312.624.6379
Email: mmehta@beneschlaw.com
Email: sruggio@beneschlaw.com

6

(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
alarock@sternekessler.com
cdashe@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com

*Attorneys for Plaintiff*
*American Regent, Inc.*

  s/ Kaan Ekiner
Kaan Ekiner
**COZEN O'CONNOR**
1201 N. Market Street
 Suite 1001
Wilmington, Delaware 19801
(302) 295-2013
kekiner@cozen.com

W. Blake Coblentz
Aaron S. Lukas
**COZEN O'CONNOR**
2001 M Street, NW, Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, New York 10007
(212) 509-9400
kschaubert@cozen.com

*Attorneys for Defendant Aspiro Pharma Ltd..*

s/ Gregory D. Miller
Gregory D. Miller
Gene Y. Kang
Timothy P. Gonzalez
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601

*Attorneys for Defendant Accord Healthcare,*
*Inc.*

  s/ Rebekah Conroy
Rebekah Conroy
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
Tel: (973) 400-4181
rconroy@stoneconroy.com

*Of Counsel*
Steven M. Coyle
Nicholas A. Geiger
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, Connecticut 06103
Tel: (860) 286-2929
scoyle@cantorcolburn.com
ngeiger@cantorcolburn.com

*Attorneys for Defendants Cipla USA, Inc. and*
*Cipla Limited*

  s/ James S. Richer
James S. Richter
MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622

C. Kyle Musgrove

Gregory.miller@rivkin.com
Timothy.gonzalez@rivkin.com

Autumn N. Nero
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, Wisconsin 53703-3095
Telephone: (608) 663-7460
anero@perkinscoie.com

Shannon M. Bloodworth
Maria A. Stubbings
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, D.C. 20005-6200
Telephone: (202) 654-6200
sbloodworth@perkinscoie.com
mstubbings@perkinscoie.com

Rodney Swartz
**PERKINS COIE LLP**
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209-4128
Telephone: (503) 727-2000
RSwartz@perkinscoie.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

s/ R. Touhey Myer
R. Touhey Myer
**KRATZ & BARRY LLP**
800 N. West Street
Wilmington, Delaware 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*
Timothy H. Kratz
George J. Barry III
**KRATZ & BARRY LLP**
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
(404) 431-6600
tkratz@kratzandbarry.com

Cindy Chang
GEMINI LAW LLP
40 W 24th Street, Suite 6N
New York, New York 10010
(917) 915-8832
kmusgrove@geminilaw.com
cchang@geminilaw.com

*Attorneys for Defendant Hikma Pharmaceuticals USA, Inc.*

s/ William P. Murtha
Eric I. Abraham
William P. Murtha
Kristine L. Butler
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey 08543-5226
(609) 734-6358

*Of Counsel:*
Yixin Tang, Ph.D.
Brent Batzer
**UPADHYE TANG, LLP**
109 Symonds Drive, #174
Hinsdale, Illinois 60522

gbarry@kratzandbarry.com

Michael P. Hogan
**KRATZ & BARRY LLP**
325 Chestnut Street, Suite 883, #259
Philadelphia, Pennsylvania 19106
(917) 216-8585
mhogan@kratzandbarry.com

*Attorneys for Defendant Gland Pharma Ltd*

s/ Gregory D. Miller
Gregory D. Miller
Gene Y. Kang
Timothy P. Gonzalez
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601
Gregory.miller@rivkin.com
Timothy.gonzalez@rivkin.com

Samual T. Lockner
Jennell C. Bilek
Seung Sub Kim
**CARLSON, CASPERS, VANDENBURGH
& LINDQUIST, PA**
Capalla Tower, Suite 4200
225 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605
slockner@carloncaspers.com
jbilek@carloncaspers.com
ekim@carloncaspers.com

*Attorneys for Defendants Sun Pharmaceutical
Industries Limited and Sun Pharmaceutical
Industries, Inc.*

s/ Zhibin Li
Zhibin Li
**BUCHANAN INGERSOLL
& ROONEY PC**
640 5th Avenue, 9th Floor
New York, NY 10019-6102

*Attorneys for Defendant RK Pharma, Inc.*

s/ James S. Richter
James S. Richter
MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622

*Of Counsel:*
Kurt Mathas
Kevin Boyle
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
Tel. (312) 558-5600
kmathas@winston.com
kboyle@winston.com

Claire Fundakowski
Lauren Rennecker
WINSTON & STRAWN LLP
1901 K Street, N.W.
Washington, DC 20036
Tel. (202) 282-5000
cfundakowski@winston.com
lrennecker@winston.com

*Attorneys for Defendants Somerset
Therapeutics, LLC, Somerset Pharma, LLC
and Odin Pharmaceuticals, LLC*

s/ John C. Leddy
John C. Leddy
NUTTER, McCLENNEN & FISH LLP
655 Third Avenue
New York, New York 10017
Tel. (646) 440-8000

(212) 440-4400
Zhibin.li@bipc.com

Michael J. Gaertner
David B. Abramowitz
Leah M. Brackensick
Hannah J. Thomas
**BUCHANAN INGERSOLL
& ROONEY PC**
125 South Wacker Drive
Chicago, Illinois 60606
(312) 261-8777
michael.gaertner@bipc.com
david.abramowitz@bipc.com
leah.brackensick@bipc.com
hannah.thomas@bipc.com

*Attorneys for Defendant Zydus
Pharmaceuticals (USA) Inc.*

jleddy@nutter.com

Jonathan A. Harris
Micah W. Miller
155 Seaport Blvd.
Boston, Massachusetts 02110
Tel. (617) 439-2000
jaharris@nutter.com
mmiller@nutter.com

*Attorneys for Defendants Xiromed LLC and
Xiromed Pharma España, S.L.*

**SO ORDERED:**

This 3rd day of January, 2025

s/Cathy L. Waldor
**THE HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE**